■ In the Matter of STEVEN J. ROMER, a Disbarred Attorney. [614 NYS2d 897] —Petitioner's motion granted solely to the extent of directing petitioner to take possession of respondent's files currently in the possession of the New York County District Attorney for purposes of safeguarding such files. No opinion. Concur—Sullivan, J. P., Rosenberger, Kupferman, Asch and Nardelli, JJ.